

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2018

No. 04-17-00633-CV

**IN RE J.P.N.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Irene Rios, Justice

On October 2, 2017, Relator filed a petition for writ of mandamus. Because Relator has not provided this court with a sufficient record to establish his right to mandamus relief, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). The court's opinion will issue at a later date.

It is so **ORDERED** on March 9, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009-CI-06183, styled *In the Interest of J.T.N. and J.T.A.N.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.